UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA ZETWICK,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF YOLO; EDWARD G. PRIETO, DOES 1 through 10, inclusive,<br><br>    Defendants. | No. 2:12-cv-02486-TLN-AC<br><br><br>**ORDER** |
| ROBIN GONZALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF YOLO; EDWARD G. PRIETO, an individual; DOES 1 through 20, inclusive,<br><br>    Defendants. | No. 2:13-cv-01368-KJM-AC |

The undersigned judge declines to relate the above-captioned cases pursuant to Local Rule 123. Assignment of the matters to the same judge is not likely to effect a substantial savings of judicial effort or other economies. These actions involve the same or similar defendants, but the actions involve different plaintiffs, there are facts unique to each case, it is not clear that the same result should follow in these actions, and assignment to different judges would not entail

substantial duplication of labor. Therefore, 2:13-cv-01368-KJM-AC shall not be reassigned to the undersigned judge.

**IT IS SO ORDERED.**

Dated: December 6, 2013

Troy L. Nunley
United States District Judge